# UNITED STATES DISTRICT COURT

District of  Massachusetts

Carol Staszewski

v.

Wellesley College

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **05 10930 NMG**

TO: (Name and address of Defendant)

Wellesley College
106 Central Street
Wellesley, MA 02481

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mitchell Notis
Law Office of Mitchell Notis
370 Washington St.
Brookline, MA 02445

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

MAY 0 5 2005

CLERK                                                    DATE

(By) DEPUTY CLERK

**COMMONWEALTH OF MASSACHUSETTS**
United States District Court, District of Massachusetts
Docket/Case No: 05 10930 NMG

I hereby certify and return that today, August 24, 2005, at 12:45 PM, I served a true and attested copy of the within Summons together with a copy of the Complaint in this action upon the within named Wellesley College, by giving in hand to Susan Doherty, Employment Coordinator and the Agent in Charge. Said service was effected at: Wellesley College, 106 Central Street, Wellesley, MA 02481.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on August 24, 2005.

_David G. BeDugnis, Sr._, Process Server
& Disinterested Person over Age 18.    Total Fees: Total Price: $68.00
Roscoe BeDugnis & Associates
15 Court Square, Suite 450
Boston, MA, 02108-2519
(617) 523-1036, (617) 723-4247 Fax

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.