UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROL STASZEWSKI,<br><br>        Plaintiff,<br><br>v.<br><br>WELLESLEY COLLEGE,<br><br>        Defendant. | **Civil Action No. 05-10930 NMG** |

### WELLESLEY COLLEGE'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, Wellesley College states the following:

1. Wellesley College has no parent company.

2. No public company owns ten percent (10%) or more of Wellesley College.

        Respectfully submitted,

        WELLESLEY COLLEGE

        By its attorneys,

        HOLLAND & KNIGHT LLP

        /s/ Miriam J. McKendall
        Miriam J. McKendall, P.C. (BBO # 548825)
        Kara M. DelTufo (BBO #659003)
        10 St. James Avenue
        Boston, MA 02116
        (617) 523-2700

Dated: September 13, 2005

# 3201529_v1