COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A.# 05-10930-NMG

---

**CAROL STASZEWSKI**
Plaintiff

v.

**WELLESLEY COLLEGE**
Defendant

---

LOCAL RULE 16.1 CERTIFICATION

Carol Staszewski, Plaintiff in the above-captioned action, and Mitchell J. Notis, counsel to Plaintiff Staszewski in this action, hereby certify and confirm that they have conferred:

a. with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation; and
b. to consider the resolution of this litigation through the use of alternative dispute resolution programs.

_____
Carol Staszewski

_____  12/19/05
Mitchell J. Notis
Law office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445
617-566-2700
BBO# 374360

Certificate of Service

I, Mitchell J. Notis, hereby certify that on this ____ day of ____, 2005, I served a true copy of the foregoing document upon counsel for all other parties to this action by first class mail.

_____
Mitchell J. Notis