UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CAROL STASZEWSKI,

      Plaintiff,

v.

WELLESLEY COLLEGE,

      Defendant.

**Civil Action No. 05-10930 NMG**

## DEFENDANT'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts, Defendant Wellesley College and its counsel affirm that they have conferred:  (1) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of litigation; and (2) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

WELLESLEY COLLEGE

ATTORNEYS FOR WELLESLEY COLLEGE

/s/  Eloise See McGaw

By:  Eloise See McGaw
    Assistant Vice President and
    Director of Human Resources

/s/  Miriam J. McKendall
Miriam J. McKendall, P.C. (BBO No. 548825)
Kara M. DelTufo (BBO No. 659003)
Holland & Knight LLP
10 St. James Avenue
Boston, Massachusetts 02116
(617) 523-2700

Dated:  January 3, 2006

# 3485485_v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

and paper copies will be sent to those indicated as non-registered participants on January 3,

2006.

/s/ Miriam J. McKendall
Miriam J. McKendall, P.C.