UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROL STASZEWSKI,<br><br>                Plaintiff,<br><br>v.<br><br>WELLESLEY COLLEGE,<br><br>                Defendant. | Civil Action No. 05-10930 NMG |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF KARA M. DELTUFO

Please note the withdrawal of the appearance of Kara M. DelTufo as counsel for defendant Wellesley College, as of March 8, 2006. Miriam J. McKendall, P.C., remains as counsel for the defendant in this matter.

                                          WELLESLEY COLLEGE

                                          By its attorneys,

                                          /s/ Kara M. DelTufo
                                          Miriam J. McKendall, P.C. (BBO No. 548825)
                                          Kara M. DelTufo (BBO No. 659003)
                                          HOLLAND & KNIGHT LLP
                                          10 St. James Avenue
                                          Boston, MA 02116
                                          (617) 523-2700
                                          mmckendall@hklaw.com
                                          kara.deltufo@hklaw.com

Dated: March 8, 2006

2

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 8, 2006.

                                                    /s/ Kara M. DelTufo_____
                                                    Kara M. DelTufo

# 3637979_v1