UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROL STASZEWSKI,<br><br>Plaintiff,<br><br>v.<br><br>WELLESLEY COLLEGE,<br><br>Defendant. | Civil Action No. 05-10930 NMG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), it is hereby stipulated that all claims stated, or which could have been stated, in the above entitled action by plaintiff, Carol Staszewski, against defendant, Wellesley College, are hereby dismissed, with prejudice, without costs, without fees, and with all rights of appeal waived.

| CAROL STASZEWSKI | WELLESLEY COLLEGE |
|---|---|
| By her attorney, | By its attorneys, |
| | HOLLAND & KNIGHT LLP |
| Mitchell J. Notis (BBO# 374360)<br>370 Washington Street<br>Brookline, MA 02445<br>(617) 566-2700 | Miriam J. McKendall, P.C. (BBO #: 548825)<br>Maura J. Gerhart (BBO #: 654695)<br>Holland & Knight LLP<br>10 St. James Avenue<br>Boston, Massachusetts 02116<br>(617) 523-2700 |

Dated: March 30, 2007

# 4199471_v8